Argued October 9, affirmed November 26, 1969

STIMSON LUMBER COMPANY, *Respondent, v.*
LARSON, *Appellant.*

461 P. 2d 830

*G. F. Bartz,* Assistant Attorney General, Salem,
argued the cause for appellant. With him on the brief
were Robert Y. Thornton, Attorney General, and C. N.
Byers, Assistant Attorney General, Salem.

*Joe Bailey,* Hillsboro, argued the cause for re-
spondent. On the brief was Carrell F. Bradley, Hills-
boro.

SLOAN, J.

This is a mandamus proceeding initiated by plain-
tiff in the tax court to compel defendant, as the county
assessor of Tillamook county, to conform to a former
decree of the tax court. The tax court entered a per-
emptory writ. Defendant appeals.

The facts, issues and answers to the issues are
fully and correctly stated in the opinion of the tax
court found at 3 OTR Adv Sh 401 (1969). That opin-
ion is adopted as the opinion of this court.